```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/1/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SENIOR,** *on behalf of himself and all other persons similarly situated*

        **Plaintiff,**

    -against-

**CROPTON DESIGN, INC.,**

        **Defendant.**

**22-cv-09820 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  On November 17, 2022, Plaintiff filed a Complaint commencing this action. ECF No. 1. Defendant's answer was due on January 22, 2023. To date, no answer or response has been filed and Plaintiff has not sought a default judgment.

  The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **February 8, 2023**.

**SO ORDERED.**

Dated: February 1, 2023
     New York, New York

                */s/ Andrew L. Carter, Jr.*
                **ANDREW L. CARTER, JR.**
                **United States District Judge**