UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2023

---

SENIOR,

                Plaintiff,

-against-

CROPTON DESIGN, INC.

                Defendant.

22-cv-09820 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

      The Court is in receipt of the parties' letters concerning Defendant's requests for an extension of time to respond to the Complaint and to file a motion to dismiss. *See* ECF Nos. 10, 11. The Court will hold a telephonic conference on **February 7, 2023 at 3:30 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    February 3, 2023
            New York, New York

*/s/ Andrew L. Carter*

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**