```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/8/2023
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**SENIOR,** *on behalf of himself and all other persons similarly situated*

       **Plaintiff,**

    -against-

**CROPTON DESIGN, INC.,**

       **Defendant.**

---

22-cv-09820 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in the Court's Conference held on February 7, 2023:

- The Court **GRANTS** Defendant's request for an extension.
- The Court will refer this case to Magistrate Judge Ona T. Wang for a settlement conference.
- All motion practice will be held in abeyance pending the settlement conference proceedings before Judge Wang.

In follow-up from the Conference:

- **April 11, 2023**: The parties are hereby **ORDERED** to file a joint status report advising the Court of the current status of this action and the settlement conference proceedings.

**SO ORDERED.**

Dated: February 8, 2023
    New York, New York

*[signature: Andrew T. Carter Jr.]*

       **ANDREW L. CARTER, JR.
       United States District Judge**