USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4/20/2023_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SENIOR,**

                **Plaintiff,**

        -against-                                  **22-cv-09820 (ALC)**

**CROPTON DESIGN, INC.**                                **ORDER**

                **Defendant.**

**ANDREW L. CARTER, United States District Judge:**

        It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **April 20, 2023**
              **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**